THE STATE OF IOWA, Appellee, v. JOHN KIMES, Appellant.

## Indictment for Keeping House of Ill Fame: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. C. P. HOLMES, Judge.

SATURDAY, MAY 27, 1893.

THE defendant was convicted of the crime of keeping a house of ill-fame, resorted to for the purpose of prostitution and lewdness. From the judgment, which required him to be imprisoned in the penitentiary at Ft. Madison for the period of eighteen months, and to pay the costs, the defendant appeals.—*Affirmed.*

No appearance for either party.

BY THE COURT.—This cause is submitted for our decision on a transcript of the indictment, judgment, notice of appeal, and appeal bond. We have examined the record thus submitted with care, but find no ground upon which the judgment of the district court should be disturbed. It is, therefore, AFFIRMED.

———————

THE STATE OF IOWA, Appellee, v. JAMES OSBORN, Appellant.

## Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*

SATURDAY, May 27, 1893.

INDICTMENT for nuisance. Judgment of conviction, from which the defendant appealed.—*Affirmed.*

No appearance for the defendant, and the cause was submitted on a partial transcript.

BY THE COURT.—The record, aside from a copy of the indictment, and the appeal bond, shows the overruling of a motion for a new trial and the judgment. There is nothing to indicate error in the proceeding, and the judgment is AFFIRMED.